IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | ORDER |
| Plaintiff, | |
| | 13-cr-83-bbc |
| v. | |
| JOHN E. HENRICKS, III, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      A telephone status conference was held in this case on November 5, 2014. Tim O'Shea and Heidi Luehring appeared for the government. Howard Goldman appeared for defendant. George Goyke appeared for defendant's wife, Catherine Henricks.

      At the hearing, counsel advised the court that they have been unable to work out a resolution of the issues set out in the court's June 4, 2014 order with one exception: the issue related to James Runyon's appearance as counsel for the defendant is now moot.

      It was agreed that the parties will submit briefs on the remaining issues in the June 4, 2014 order as well as on the government's motion for defendant's for resentencing on the basis of his alleged willful failure to make restitution. The briefing schedule is as follows:

      **Government's brief: November 10, 2014**

      **Response by Goyke and Goldman: December 15, 2014**

      **Government's reply: December 31, 2014**

After reviewing the briefs, the court will determine whether a hearing is necessary and advise the parties accordingly.

Entered this 5th day of November, 2014.

> BY THE COURT:
> /s/
> BARBARA B. CRABB
> District Judge