IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                  Plaintiff,

        v.

JOHN HENRICKS, III,

                                  Defendant.

ORDER

13-cr-83-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       Counsel for defendant has moved to withdraw as counsel and suspend the briefing schedule in this case after filing a notice of appeal on behalf of the defendant. Counsel's motion is denied because the court lacks authority to rule on it. Once a defendant has been sentenced, he must ask the Court of Appeals for the Seventh Circuit for appointment of replacement counsel. Circuit Rule 51. By a copy of this order, I am informing the court of appeals that I am satisfied that defendant is still financially unable to pay the costs of his appeal and is eligible for court-appointed counsel on appeal.

       Entered this 23d day of April, 2015.

                                            BY THE COURT:
                                          /s/
                                          BARBARA B. CRABB
                                          District Judge